# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NAMICHA LACEY

NO. 2025 KW 0888

**FEBRUARY 27, 2026**

---

In Re:   Namicha Lacey, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-07-0502.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**REQUEST FOR REHEARING NOT CONSIDERED.** An application for rehearing shall be filed with the clerk on or before fourteen days after the rendition of the judgment. Furthermore, an application for rehearing will not be considered if this court denied the original writ application. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.1, 2-18.2(1) & 2-18.7.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT